**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| HARVEY BARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:11-cv-02029 |
| | ) |
| ASSET ACCEPTANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Asset Acceptance, LLC, respectfully moves the Court for an order granting it summary judgment on the claims asserted by Plaintiff Harvey Barker. The undisputed facts demonstrate that Defendant is entitled to judgment as a matter of law on Plaintiff's claims, and there exist no genuine issues of any material facts. A Memorandum supporting this Motion is being filed contemporaneously with the Court.

DATED this 15th day of September, 2011.

ASSET ACCEPTANCE, LLC, Defendant

By: s/ Joshua C. Dickinson
Joshua C. Dickinson, Bar Number 20632
Attorneys for Defendant
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com

OM 154465.1

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Kansas on the 15th day of September, 2011, with notice of case activity generated and sent to all counsel of record.

                                              s/ Joshua C. Dickinson
                                              Attorney for Defendant

OM 154465.1