AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | |
|---|---|
| HARVEY BARKER  )<br>*Plaintiff*(s)  )<br>v.  )<br>ASSET ACCEPTANCE, LLC  )<br>*Defendant*(s)  ) | Civil Action No.   11-2029-JAR |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of __%, plus post judgment interest at the rate of __%, along with costs.

X the plaintiff Harvey Barker recover nothing, the action be dismissed on the merits, and the defendant Asset

☐ Acceptance, LLC  recover costs from the plaintiff Harvey Barker.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with  U. S. District Court Judge  presiding, and the jury has rendered a verdict.

☐ tried by  U. S. District Court Judge  without a jury and the above decision was reached.

X decided by  U. S. District Court Judge  Julie Robinson  on a motion for summary judgment.

Date:   June 5, 2012

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/Pamela S. Patton

*Signature of Clerk or Deputy Clerk*