**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

HARVEY BARKER,
Plaintiff**,**

                                     **COURT FILE NO.: 11-2029-JAR**

v.

ASSET ACCEPTANCE, LLC,
Defendant.

---

**NOTICE OF APPEAL**

---

       Notice is hereby given that the Plaintiff in the above named case, Harvey Barker,

hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court

Order of June 5, 2012 (Document # 29).

       Respectfully submitted this 5th day of July, 2012.

                        Respectfully submitted,

                        By: /s/  J. Mark Meinhardt___
                        J. Mark Meinhardt, #53501
                        9400 Reeds Road, Suite 210
                        Overland Park, Kansas 66207
                        Telephone:     (913) 451-9797
                        Facsimile:        (913) 451-6163
                        Email:          mark@meinhardtlaw.com
                        **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 5, 2012, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant's attorney of record.


                        ___s/ J. Mark Meinhardt_____