FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**October 2, 2012**

**Elisabeth A. Shumaker**  
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

HARVEY BARKER,

      Plaintiff - Appellant,

v.

ASSET ACCEPTANCE, LLC,

      Defendant - Appellee.

No. 12-3175  
(D.C. No. 2:11-CV-02029-JAR)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk